IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CREATIVE RETAIL PACKAGING, INC., a Texas corporation; | 8:16CV411 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| FREEDOM FOODS, a nonprofit Minnesota corporation; | |
| Defendant. | |

Parties have requested a planning conference for the preparation of the Form 35 (Rule 26(f) Report). Accordingly,

IT IS ORDERED:

1) A planning conference is set for May 24, 2017 at 9:30 am. Parties shall use the conferencing instructions assigned to this case to participate in the conference.

2) The Clerk's Office shall mail this order to Defaulted Defendant, Kids Against Hunger, at c/o Darrel D. Malcom, P.O. Box 88536, Carol Stream, IL 60188-8536.

Dated this 16th day of May, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge