IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CREATIVE RETAIL PACKAGING, INC., a Texas corporation;<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FREEDOM FOODS, a nonprofit Minnesota corporation;<br><br>　　　　　Defendant. | **8:16CV411**<br><br>**ORDER** |

Plaintiff has moved to extend certain deadlines in this case advising that Defendant, Kids Against Hunger, has entered into bankruptcy and the parties are continuing to engage in settlement negotiations. ([Filing No. 58](#)). Plaintiff requests that all deadlines be suspended until November 15, 2017. This court has not entered a progression order in this matter due to the parties' efforts to mediate the case accordingly there no deadlines to extend. However, the undersigned will enter a stay in this case due to the parties' ongoing mediation efforts.

IT IS ORDERED:

1) Plaintiff's motion, ([Filing No. 58](#)), is granted.

2) Counsel shall contact chambers by **November 30, 2017** to advise the court of the status of the parties' mediation efforts and whether a scheduling conference with the undersigned is desired.

Dated this 27th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge