IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CREATIVE RETAIL PACKAGING, INC., a Texas corporation;<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM FOODS, a nonprofit Minnesota corporation; and KIDS AGAINST HUNGER, a nonprofit Minnesota corporation;<br><br>Defendant. | 8:16-CV-411<br><br>BANKRUPTCY REFERRAL ORDER |

A default judgment has been entered against Defendant Kids Against Hunger in the above-captioned case. Filing 46. Kids Against Hunger has filed for bankruptcy protection in the United States Bankruptcy Court for the District of Minnesota, Case No. 17-42681.

The bankruptcy trustee in that matter, David Doyle, has engaged in settlement discussions for recovery against Freedom Foods. This court has awaited the outcome of those discussions to determine whether and how this case should be progressed, with counsel in this forum providing monthly updates apprising the assigned magistrate judge of the progress toward settlement in the Minnesota bankruptcy forum. Based on today's conference call with the parties, a prompt settlement is unlikely.

Accordingly,

IT IS ORDERED:

1.    This case is referred to the United States Bankruptcy Court for the District of Minnesota;

2.    The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3.    The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Minnesota.

Dated this 19th day of April, 2018.

                              BY THE COURT:

                              John M. Gerrard
                              United States District Judge